No. 74–89.  SWANK, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* RODRIGUEZ ET AL.   C. A. 7th Cir. Motion of respondent Rodriguez for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 74–97.  DIAMOND ET AL. *v.* BLAND, SHERIFF, ET AL. Sup. Ct. Cal.  Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART would grant certiorari.

No. 74–102.  KATZ *v.* CARTE BLANCHE CORP.   C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–129.  TAUB, HUMMEL & SCHNALL, INC. *v.* I. C. HERMAN & CO., INC.   C. A. 2d Cir.  Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE STEWART, and MR. JUSTICE BLACKMUN would grant certiorari.

No. 72–863.   FIORELLA ET AL. *v.* UNITED STATES, 417 U. S. 917;

No. 72–1713.   SECRETARY OF THE NAVY *v.* AVRECH, 418 U. S. 676;

No. 72–5278.   COX ET AL. *v.* UNITED STATES, 417 U. S. 918;

No. 73–507.   HAMLING ET AL. *v.* UNITED STATES, 418 U. S. 87;

No. 73–781.   SCHERK *v.* ALBERTO-CULVER CO., 417 U. S. 506;

No. 73–788.   BROWN *v.* UNITED STATES, 418 U. S. 928;

No. 73–905.   TALBERT *v.* UNITED STATES, 416 U. S. 982; and

No. 73–908.   COTE *v.* UNITED STATES, 418 U. S. 954. Petitions for rehearing denied.